AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Ryan Scott Zink**<br><br>**Date of Birth: XXXXXXXX**<br>*Defendant(s)* | Case: 1:21-mj-00193<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/2/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the
_____ in the District of   Columbia  , the defendant(s) violated:

*Code Section*                    *Offense Description*

18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. § 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and engages in any act of physical violence against any person or property in any restricted building or grounds

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Michael D. Brown , Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   02/02/2021                        _____
*Judge's signature*

City and state:        Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*